Antonio DEJESUS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 621, 2015

Supreme Court of Delaware.

Submitted: December 7, 2015
Decided: February 1, 2016

DISMISSED.

Earl LEWIS, Petitioner Below, Appellant,

v.

Kerry LEWIS, Respondent Below, Appellee.

No. 311, 2015

Supreme Court of Delaware.

Submitted: January 27, 2016
Decided: February 1, 2016

AFFIRMED.

Matthew D. PINNAVAIA, Plaintiff Below, Appellant,

v.

J.P. MORGAN CHASE AND COMPANY, James Dimon (in the Capacity of Chief Executive Officer), Defendants Below, Appellees.

No. 637, 2015

Supreme Court of Delaware.

Submitted: December 10, 2015
Decided: February 1, 2016

DISMISSED.